```
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LOUISIANA

                              FILED    JUL 18 2005

                              LORETTA G. WHYTE
                                   CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TROY EVERSON                                        CIVIL ACTION

VERSUS                                              NO. 05-840

JAMES MILLER, ET AL.                                SECTION: "I" (2)

## AMENDED ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the opposition which was not made known to the undersigned until July 18, 2005, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1) with prejudice.

New Orleans, Louisiana, this 18 day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____